**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000788
20-MAY-2020
10:23 AM**

NO. CAAP-19-0000788

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BRIGIDA AYSON SCHMIDT, Petitioner-Appellee, v.
THOMAS FRANK SCHMIDT, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DA NO. 19-1-1722)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On November 6, 2019, self-represented Respondent-Appellant Thomas Frank Schmidt (Thomas Schmidt) filed the notice of appeal;

(2) On January 6, 2020, the circuit court clerk filed the record on appeal;

(3) On January 7, 2020, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before January 16, 2020, and February 18, 2020, respectively;

(4) Thomas Schmidt did not file either document or request an extension of time;

(5) On March 9, 2020, the appellate clerk notified Thomas Schmidt that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 19, 2020, for appropriate action, which could include dismissal of the appeal,

under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Thomas Schmidt could request relief from default by motion; and

(6) Thomas Schmidt took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 20, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge